UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYKAYLA FAGNANI, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

LIFECELL SUPPLEMENTS LLC,

                Defendant.

25-cv-5109 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

On June 23, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than August 29, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 19, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge